UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PATI SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:22-CV-4149-NKL |
| TEHUM CARE SERVICES, INC., et al, | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF INTEREST

Defendant Tehum Care Services, Inc., f/k/a Corizon Health, Inc., f/k/a Corizon, LLC, in compliance with Federal Rule of Civil Procedure 7.1, hereby states as follows:

Tehum Care Services, Inc. is wholly owned by Valitas Intermediate Holdings, Inc., which is wholly owned by M2 EquityCo, LLC, which is wholly owned by M2 HoldCo, LLC. None of these corporations is publicly held. Tehum Care Services, Inc. has no subsidiaries not wholly owned by the corporation. As a result of a series of recent transactions, Corizon, LLC was merged into Corizon Health, Inc., which then changed its name to Tehum Care Services, Inc.

Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode, Mo. Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Suite 110
St. Louis, Clayton, Missouri 63141
Phone: (314) 726-6670
Fax: (314) 726-2106
jte@eckenrode-law.com
*Attorneys for Defendants Tehum Care Services, Inc., Dr. Kavita Pendurthi, Mary Roth, Dr. Jack Matteson, Rochelle Kanani Nakoa, and Patricia Cahill*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic court filing and electronic mail on this 22nd day of November, 2022 to the following:

J. Andrew Hirth
TGH Litigation LLC
28 N 8th St., Suite 317
Columbia, MO 65201
andy@TGHLitgation.com
*Attorney for Plaintiff*

Adam J. Merello
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Adam.Merello@ago.mo.gov
*Attorney for Defendants Slate and Ehlers*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lillian Turbe